JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. MYRON, | ) | No.  CV 10-5556-GHK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| T.E. BUSBY (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of federal habeas jurisdiction.

DATED:  7/1/15

_____
GEORGE H. KING
Chief United States District Judge